UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFRED E. OWENS,

    Petitioner,
                               Case No. 15-cv-12677
                               Hon. Matthew F. Leitman
v.

SHERMAN CAMPBELL,

    Respondent.
_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

On April 3, 2019, the Court held an evidentiary hearing on Petitioner's claim of actual innocence. Respondent filed additional exhibits on July 25, 2019. Pursuant to the Court's instructions at the close of the hearing, it is hereby **ORDERED** that Petitioner shall file its post-hearing brief by October 31, 2019. Respondent shall file its post-hearing brief by November 30, 2019.

                                               /s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: September 25, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2019, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                             Case Manager
                                             (810) 341-9764